UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | 2:10CR00040-1 |
| | ) | |
| John Evans | ) | |
| aka "Dusty" | ) | |

# ORDER

On June 11, 2014, the Court revoked the Defendant's term of supervised release and sentenced him to six (6) months in the custody of the Bureau of Prisons to be followed by eighteen (18) months of supervised release. On August 15, 2014, the United States Attorney for the Southern District of Georgia filed a motion for reduction of sentence, pursuant to Federal Rules of Criminal Procedure 35(b) and 18 U.S.C. § 3553(e).

Upon receiving the motion, the Court heard from both the Government's attorney and defense counsel on the Defendant's substantial assistance. All relevant issues and information were discussed, and the Court found no need for the Defendant to be present for a hearing on the matter.

After reviewing the motion and upon advice from the United States Probation Office, the Government's motion pursuant to Federal Rules of Criminal Procedure 35(b) and 18 U.S.C. § 3553(e) for a reduction of the sentence imposed in the Defendant's case is hereby GRANTED.

It is the judgment of the Court that the imprisonment sentence imposed on June 11, 2014, is hereby reduced from six (6) months to five (5) months and twenty-three (23) days.

It is further ordered that the term of supervised release imposed on June 11, 2014, is hereby reduced from eighteen (18) months to thirteen (13) months.

All other terms and conditions imposed on June 11, 2014, shall remain in effect as originally imposed.

SO ORDERED this 4 day of September, 2014.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA